958

No. 71–1226. STRACHAN SHIPPING CO. ET AL. v. WEDEMEYER ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–1248. CALIFORNIA v. ANDERSON. Sup. Ct. Cal. Certiorari denied.

No. 71–1294. ALPHONSE ET AL. v. W. M. KINNER TRANSPORT CO. ET AL.; and

No. 71–1303. ZWEIFEL ET AL. v. PHARRIS ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 452 F. 2d 700.

No. 71–1297. SPEARS ET UX. v. ASHE. Ct. App. Md. Certiorari denied.

No. 71–1310. STA-RITE INDUSTRIES, INC. v. JOHNSON. C. A. 10th Cir. Certiorari denied.

No. 71–1311. SCHWARTZ v. JEWISH HOSPITAL ASSO- CIATION OF CINCINNATI. Sup. Ct. Ohio. Certiorari denied.

No. 71–1312. LAYNE ET AL. v. FLOYD COUNTY BOARD OF EDUCATION ET AL. Ct. App. Ky. Certiorari denied.

No. 71–1314. VIVAUDOU v. ROYAL NATIONAL BANK OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 71–5735. VAUGHN v. LAVALLEE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 71–5887. CRUZ v. LAVALLEE, CORRECTIONAL SU- PERINTENDENT. C. A. 2d Cir. Certiorari denied.